CERTIFICATE OF SERVICE

STATE OF NEW YORK
COUNTY OF ROCKLAND

    I, Joshua N. Bleichman, an attorney admitted to practice before this court affirms under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old. I served the within Loss Mitigation Order on September 1, 2009, by depositing a true copy thereof by ECF or in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, first class mail, addressed to the following persons:

Hilary Bonial
Brice, Vander, Linden & Wernick, PC
Attorney for HSBC Finance Corp.
PO Box 829009
Dallas Texas 75382-9009

Jeffrey L. Sapir-13 by ECF
399 Knollwood Road
Suite 102
White Plains, NY 10603

United States Trustee by ECF
33 Whitehall Street
21st Floor
New York, NY 10004

   ___/s/___ Joshua N. Bleichman
Joshua N. Bleichman
268 Route 59 West
Spring Valley, NY 10977
845-425-2510